AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ronald J Allison,

            Plaintiff,

v.

John J. Piro, et al.,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01227-JAD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered this action is dismissed with prejudice.

11/5/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk